

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

August 6, 2015

Darrell J. Harper
TDCJ ID# 1957729
Gist Unit
3295 FM 3514
Beaumont, TX 77705

RE:     Court of Appeals Number:     03-14-00797-CV
        Trial Court Case Number:     D-1-GN-14-001263

Style:   Darrell J. Harper
         v. State of Texas Commission on Jail Standards et al.

Dear Mr. Harper:

The reporter's record was due in this Court on **January 13, 2015** and is overdue. The Court has been informed by LaDelle Abilez, the court reporter, that appellant has not made arrangements for the reporter's record. Accordingly, the reporter's record will not be filed.

If appellant does not notify this Court that arrangements have been made for the record, or otherwise respond to this notice on or before **Monday, August 17, 2015**, the Court will consider the appeal without the reporter's record. *See* Tex. R. App. P. 37.3(c). If the appeal is submitted for decision without a reporter's record, appellant will be expected to file a brief on or before **September 8, 2015**.

RECEIVED
AUG 2 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*

Amy Strother, Deputy Clerk

cc:     Mr. Kyle Smith



# COURT OF APPEALS

### THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 78701
02 1W
0001401603 AUG. 06 2015

$ 000.41⁶

RTS
on unit

DARRELL J HARPER

NIXIE        777052061-1N        08/19/15

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED
AUG 2 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

